IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE PERRI, | No   C  10-2675 VRW |
|     Plaintiff, | ORDER |
|     v | |
| CA, INC and DOES 1-50, inclusive, | |
|     Defendants. | |

On June 17, 2010, defendant CA, Inc filed a notice of removal in the above-captioned case.  Doc #1.  The notice fails to state the basis for removal as required by 28 USC § 1446(a). Defendant is therefore ORDERED to SHOW CAUSE in writing on or before July 9, 2010 why the case should not be remanded to San Francisco superior court.  Failure to respond to this order will be deemed grounds to remand the case.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge