IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE PERRI, | No   C  10-2675 VRW |
|     Plaintiff, | ORDER |
|     v | |
| CA, INC and DOES 1-50, inclusive, | |
|     Defendants. | |

On June 29, 2010, the court ordered defendant CA, Inc to show cause why the case should not be remanded to San Francisco superior court, because the notice of removal failed to state the basis for removal as required by 28 USC § 1446(a).  Doc #8.

Defendant's response to the order to show cause suffices to demonstrate that the court has jurisdiction over the case pursuant to 28 USC § 1332, as defendant is a New York and Delaware citizen, plaintiff is a California citizen and plaintiff's claim for lost wages exceeds $75,000.  Doc #9.  Accordingly, the order to show cause, Doc #8, is hereby DISCHARGED.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge