1  Randal M. Barnum, SBN: 111287
   Elizabeth J. Boca, SBN: 266719
2  S. Stephen Treagus, SBN: 263453
   LAW OFFICES OF RANDAL M. BARNUM
3  279 East H Street
   Benicia, CA 94510
4  Phone: (707) 745-3747
   Fax No.: (707)745-4580
5
   Attorney for Plaintiff
6  LISA MARIE PERRI

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | LISA MARIE PERRI,           | NO. C 10-02675 VRW
12 |                             | [~~PROPOSED~~] ORDER RE:
   |        Plaintiff,           | PLAINTIFF LISA MARIE PERRI'S
13 |                             | **UNOPPOSED** MOTION FOR
   |                             | ADMINISTRATIVE RELIEF
14 | vs.                         | PURSUANT TO LOCAL
   |                             | RULE 7-11 RE: REQUEST TO
15 | CA, INC.,                   | EXTEND DATE FOR COMPLETION
   |                             | OF MEDIATION THROUGH COURT'S
16 |        Defendants.          | MEDIATION PROGRAM
   | _____/| Dept. 6 (Hon. Vaughan R. Walker)
17                                 Complaint Filed: May 5, 2010
                                   Pre-Trial Conference Date:
18                                 October 13, 2011
                                   Trial Date: None at this time
19

20      Plaintiff filed an **Unopposed** Motion for Administrative Relief Pursuant to Local Rule

21 7-11 RE: Request to Extend Date for Completion of Mediation Through Court's Mediation

22 Program on November 16, 2010 in Dept. 6 of the above-entitled court, Hon. ~~Vaughan~~ Vaughn R.

23 Walker, presiding. Based on the papers submitted, the application being unopposed and

24 good cause appearing therefor, it is ordered as follows:

25      Plaintiff's motion is granted. The last date to have the mediation occur in this motion

26 through the court's program shall be extended from February 1, 2011 to March 1, 2011.

27 Dated: ~~November____, 20~~11
        11/18/2010                        _____
28                                        ~~Hon. Vaughan R. Walker~~
                                          Judge Vaughn R Walker

ORDER RE: PL'S UNOPPOSED MOTION FOR
ADMINISTRATIVE RELIEF                    -1-

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that a copy of this document was served electronically on November 16, 2010 |
| 3 | on counsel of record in compliance with Federal Rule 5, Local Rule 5-6 and General Order |
| 4 | 45 by use of the Court's ECF system. |
| 5 | /S/ *Randal M. Barnum* |
| | RANDAL M. BARNUM |

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I declare that: |
| 3 | I am employed in the City of Benicia, County of Solano, California. I am over the |
| 4 | age of eighteen years and not a party to the above entitled case; my business address is 279 |
| 5 | East H Street, Benicia, California 94510. On November 16, 2010 I served the following |
| 6 | document(s) on the parties in this action as follows: |
| 7 | **[PROPOSED] ORDER RE: PLAINTIFF LISA MARIE PERRI'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 RE: REQUEST TO EXTEND DATE FOR COMPLETION OF MEDIATION** |

_X_ (BY MAIL) I caused each such envelope to the addressee(s) noted below, with postage thereon, fully prepaid to be placed in the United States mail in Benicia, California. I am readily familiar with the practice for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is place for collection.

___ (BY PERSONAL SERVICE) I caused to be personally served each document listed above on the addressee(s) noted below.

___ (BY FACSIMILE) I caused to be sent via facsimile at the facsimile number listed below, a copy of each document to the addressee(s) noted below.

___ (BY OVERNIGHT MAIL) I caused to be delivered to an overnight courier service each such envelope to the addressee(s) noted below.

___ (BY ELECTRONIC MAIL) I prepared and processed said document(s) in portable document format (PDF) for e-mailing, and I caused said document(s) to then be served by electronic mail to the parties listed below.

Kraig D. Jennett
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121

Jamie L. Dupree
FUTTERMAN DUPREE DODD
180 Sansome Street, 17th Flr.
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on November 16, 2010 at Benicia, California.

*Kathy J. McNichols*
KATHY J. McNICHOLS