LAW OFFICES OF RANDAL M. BARNUM
RANDAL M. BARNUM (111287)
ELIZABETH J. BOCA (255719)
S. STEPHEN TREAGUS (263453)
279 East H Street
Benecia, CA 94510
Telephone: (707) 745-3747
Facsimile: (707) 745-4580

Attorneys for Plaintiff Lisa Marie Perri

COOLEY LLP
SETH A. RAFKIN (199166)
(srafkin@cooley.com)
KRAIG D. JENNETT (261019)
(kjennett@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant CA, Inc.

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge James Ware
3/4/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LISA MARIE PERRI,

Plaintiff,

v.

CA, INC., and Does 1 through 50, inclusive,

Defendants.

Case No. C 10-2675 JW

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DATE BY WHICH TO COMPLETE ADR PROCESS**

Judge: Hon. Vaughn R. Walker, Chief Judge
Courtroom: 6

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**Stipulation and Order Extending ADR Process Completion Date**
703934 v1/SD

**CASE NO. C 10-2675 VRW**

Pursuant to ADR L.R. 6-5 and Civil L.R. 7-11, the parties, Plaintiff Lisa Marie Perri and Defendant CA, Inc., through their respective counsel, hereby stipulate as follows:

WHEREAS, this Court originally ordered that an ADR session be completed in this matter by February 1, 2011 (Doc # 17);

WHEREAS, due to commitments of the parties, their counsel, and Jamie Dupree, the Mediator assigned to this case, the parties requested, and the Court granted an extension to conduct the mediation session by March 1, 2011 (Doc # 23);

WHEREAS, due to commitments of the Defendants, and scheduling conflicts of their counsel caused by preparation for trial in another matter, a new mediation date has been set for May 17, 2011;

WHEREAS, all parties, their representatives, counsel, and Ms. Dupree are available on such date and no prior date would accommodate all schedules; and

THEREFORE, the parties collectively request that the Court issue an Order extending the date by which to hold an ADR process to and including May 31, 2011.

Dated: February 28, 2011

LAW OFFICES OF RANDAL M. BARNUM
RANDAL M. BARNUM (111287)
ELIZABETH J. BOCA (255719)
S. STEPHEN TREAGUS (263453)

*/S/ Randal M. Barnum*
Randal M. Barnum (111287)

Attorneys for Plaintiff Lisa Marie Perri

Dated: February 28, 2011

COOLEY LLP
SETH A. RAFKIN (199166)
KRAIG D. JENNETT (261019)

*/S/ Kraig D. Jennett*
Kraig D. Jennett (261019)

Attorneys for Defendant CA, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**Stipulation and Order Extending ADR Process Completion Date**
703934 v1/SD

1.

**CASE NO. C 10-2675 VRW**

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, the Court orders that the parties may have to and including May 31, 2011 by which to complete the ADR process in this matter.

**IT IS SO ORDERED.**

Dated: March 4, 2011

Hon. James Ware
Chief Judge
United States District Court
Northern District of California

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**Stipulation and Order Extending ADR Process Completion Date**
703934 v1/SD

2.

**CASE NO. C 10-2675 VRW**

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2011, I electronically filed **STIPULATION AND [PROPOSED] ORDER EXTENDING DATE BY WHICH TO COMPLETE ADR PROCESS,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorney(s) of record at the listed email address(es).

- **Randal M. Barnum**
  rmblaw@pacbell.net

I also hereby certify that I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California upon the following:

**Elizabeth Jane Boca**
Law Offices of Randal M. Barnum
279 East H Street
Benicia, CA 94510

**S. Stephen Treagus**
Law Offices of Randal M. Barnum
279 East H Street
Benicia, CA 94510

Nicole Ernest
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: ernestnc@cooley.com

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**Stipulation and Order Extending ADR Process Completion Date**
703934 v1/SD

3.

**CASE NO. C 10-2675 VRW**