LAW OFFICES OF RANDAL M. BARNUM
RANDAL M. BARNUM (111287)
ELIZABETH J. BOCA (255719)
S. STEPHEN TREAGUS (263453)
279 East H Street
Benecia, CA 94510
Telephone:     (707) 745-3747
Facsimile:     (707) 745-4580

Attorneys for Plaintiff Lisa Marie Perri

COOLEY LLP
SETH A. RAFKIN (199166)
(srafkin@cooley.com)
KRAIG D. JENNETT (261019)
(kjennett@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendant CA, Inc.

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA MARIE PERRI,<br><br>             Plaintiff,<br><br>     v.<br><br>CA, INC.,<br>and Does 1 through 50, inclusive,<br><br>             Defendants. | Case No. C 10-2675 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE BY WHICH TO COMPLETE ADR PROCESS BY TWO DAYS**<br><br>Judge:      Hon. James Ware<br>                  Chief Judge<br>Courtroom: 5 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**Stipulation and Order Extending ADR Process Completion Date**
712425 v1/SD

**CASE NO. C 10-2675 JW**

1  Pursuant to ADR L.R. 6-5 and Civil L.R. 7-11, the parties, Plaintiff Lisa Marie Perri and Defendant CA, Inc., through their respective counsel, hereby stipulate as follows:

WHEREAS, this Court originally ordered that an ADR session be completed in this matter by February 1, 2011 (Doc # 17);

WHEREAS, due to commitments of the parties, their counsel, and Jamie Dupree, the Mediator assigned to this case, the parties requested, and the Court granted two previous extensions to conduct the mediation session, first by March 1, 2011 (Doc # 23) and then by May 31, 2011 (Doc # 26);

WHEREAS, due to commitments of the Defendants, and scheduling conflicts of their counsel, a new mediation date has been set for June 2, 2011;

WHEREAS, all parties, their representatives, counsel, and Ms. Dupree are available on such date and no prior date would accommodate all schedules; and

THEREFORE, the parties collectively request that the Court issue an Order extending the date by which to hold an ADR process by two days to and including June 2, 2011.

Dated: May 16, 2011

LAW OFFICES OF RANDAL M. BARNUM
RANDAL M. BARNUM (111287)
ELIZABETH J. BOCA (255719)
S. STEPHEN TREAGUS (263453)

*/S/ Randal M. Barnum*
Randal M. Barnum (111287)

Attorneys for Plaintiff Lisa Marie Perri

Dated: May 16, 2011

COOLEY LLP
SETH A. RAFKIN (199166)
KRAIG D. JENNETT (261019)

*/S/ Kraig D. Jennett*
Kraig D. Jennett (261019)

Attorneys for Defendant CA, Inc.

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, the Court orders that the parties may have to and including June 2, 2011 by which to complete the ADR process in this matter.

**IT IS SO ORDERED**.

Dated: June 1, 2011

Hon. James Ware
Chief Judge
United States District Court
Northern District of California

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**Stipulation and Order Extending ADR Process Completion Date**
712425 v1/SD

2.

**CASE NO. C 10-2675 JW**

# CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2011, I electronically filed the parties' **STIPULATION AND [PROPOSED] ORDER EXTENDING DATE BY WHICH TO COMPLETE ADR PROCESS BY TWO DAYS,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorney(s) of record at the listed email address(es).

- **Randal M. Barnum**
  rmblaw@pacbell.net

_____
Nicole Ernest
COOLEY LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: ernestnc@cooley.com

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

Stipulation and Order Extending ADR
Process Completion Date
712425 v1/SD

3.

CASE NO. C 10-2675 JW