IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lisa Marie Perri, | NO. C 10-02675 JW |
|       Plaintiff,<br>  v. | **ORDER TO SHOW CAUSE**<br>**RE: SETTLEMENT** |
| CA, Inc., | |
|       Defendant. | |

On June 8, 2011, the neutral Mediator in this case informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 30.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **July 1, 2011**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 12, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, CA. on **July 11, 2011 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **July 1, 2011**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 17, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kraig Douglas Jennett kjennett@cooley.com
Randal M. Barnum rmblaw@pacbell.net
Seth Alan Rafkin srafkin@cooley.com

**Dated: June 17, 2011**                                **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
         **Susan Imbriani**
         **Courtroom Deputy**