**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lisa Marie Perri, | NO. C 10-02675 JW |
|     Plaintiff, | **ORDER VACATING JULY 11 HEARING; DISMISSING CASE FOR LACK OF PROSECUTION** |
|    v. | |
| CA, Inc., | |
|     Defendant. | |

On June 8, 2011, the neutral Mediator in this case informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 30.) On June 17, 2011, in light of the settlement, the Court vacated all trial and pretrial dates in this matter and ordered the parties to file a stipulated dismissal on or before July 1, 2011. (hereafter, "June 17 Order," Docket Item No. 31.) In the event that a dismissal was not filed by July 1, 2011, the Court ordered the parties to show cause on July 11, 2011 why this case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). (Id.) Pursuant to its Order to Show Cause, the Court also ordered the parties, on or before July 1, 2011, to file a joint statement setting forth the status of their activities for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. (Id.) The Court explained that "[f]ailure to comply with any part of [the June 17 Order] will be deemed sufficient grounds to dismiss this action." (Id. at 2.)

1    To date, the parties have filed neither a stipulated dismissal nor a response to the Court's
2 June 17 Order.  Accordingly, the Court finds good cause to dismiss this action for lack of
3 prosecution.[1]

4    The Clerk shall immediately close this file.

7 Dated: July 6, 2011

JAMES WARE
United States District Chief Judge

---

[1] In light of the Court's dismissal of this action for lack of prosecution, the July 11 Hearing is VACATED.

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kraig Douglas Jennett kjennett@cooley.com
Randal M. Barnum rmblaw@pacbell.net
Seth Alan Rafkin srafkin@cooley.com

**Dated: July 6, 2011**              **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
           **Susan Imbriani**
           **Courtroom Deputy**